**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00139-LTB-PAC

REINDOLF A. QUACOE,

    Plaintiff,

v.

DOUGLAS MAURER, ICE Field Office District Director,

    Defendant.
_____

**ORDER**
_____

This case is before me on the recommendation of Magistrate Judge Patricia A. Coan issued and served on June 13, 2006.  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that this action is DISMISSED.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge

DATED:   July 18, 2006